55resp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Remedio Estrada-Hernandez, )
)
        Petitioner, ) 1:05CV00514
)
v. ) 1:01CR245-9
)
United States of America, )
)
        Respondent. )

## ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

June 8, 2005